<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1293**

———————

GLORIA WILLINGHAM,

Plaintiff - Appellant,

and

CARL JACKSON,

Plaintiff,

versus

GRAHAM BUCK, Officer; DOUGLAS A. CROOKE,

Defendants - Appellees,

and

SHERRY A. BASSETT, Officer; OFFICER BRIAN; J.
THOMAS MANGER; FAIRFAX COUNTY BOARD OF
SUPERVISORS; COUNTY OF FAIRFAX; ANTHONY
GRIFFIN,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge. (1:00-cv-02053-CMH)

———————

Submitted: June 30, 2006          Decided: July 21, 2006

———————

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gloria Willingham, Appellant Pro Se.  David John Fudala, Fairfax Virginia; Robert Marvel Ross, COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gloria Willingham appeals the district court's judgment entered in favor of the Defendant in accordance with the jury verdict in her civil rights trial. We have reviewed the record and Willingham's claims and find no reversible error. We find no error with the admission of the testimony challenged by Willingham. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED